Teresa Velardi
612 Sunset St
Clarks Summit PA 18411

United States Bankruptcy Court
197 S. Main Ave
Wilkes Barre PA 18701
Re: 5-15-bk-02449 RNO
    5-15-ap-00126 RNO

June 10, 2016

To Whom It May Concern:

On March 17, 2016, I filed an appeal on the Judgment and Opinion entered on 2/27/2016 granting Motion to Dismiss to Attorney Warring of Reed Smith, LLP representing Countrywide FSB; Mortgage Electronic Registration Systems, Inc.; Bank of America, N.A.; Phelan Hallinan Diamond & Jones, LLP

My filing of the appeal on this was made prematurely since there was another motion that had not yet been heard at the time of that appeal filing. That appeal was dismissed at being premature, and the filing fee has remained with the court.

On June 2, 2016, the hearing was held on a Second Motion to Dismiss, filed by Attorney Vitti, representing Rushmore Loan Management, LLC; Wilmington Savings Fund Society, FSB, d/b/a Christiana trust, as trustee for Pretium Mortgage Acquisition Trust. That motion was granted and the adversary proceeding was dismissed now in its entirety. (Entered 6/2/2016)

I respectfully ask the court to waive the filing fee and/ or apply the fee that was previously paid to this Appeal..

Very Sincerely Yours,

*Teresa Velardi*
_____
Teresa Velardi

RECEIPT

DATE 3/17/16    NO.
RECEIVED FROM Teresa Velardi    $298.00
Two Hundred Ninety Eight
FOR Ch. Appeal Fee                DOLLARS

ACCOUNT
PAYMENT
BAL DUE

[signature]