```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

Velardi,
    Plaintiff                                                                    Adv. Proc. No. 15-00126-RNO

Countrywide Bank, FSB,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: CKovach      Page 1 of 1      Date Rcvd: Jun 24, 2016
                         Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla             +E-mail/PDF: teresavelardi@gmail.com Jun 24 2016 19:27:45      Teresa Velardi,
              612 Sunset Street,   Clarks Summit, PA 18411-2705
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2016 at the address(es) listed below:
            Lois Marie Vitti    on behalf of Defendant    Countrywide Bank, FSB loismvitti@vittilaw.com
            Lois Marie Vitti    on behalf of Defendant    Rushmore Loan Management Services, LLC
             loismvitti@vittilaw.com
            Lois Marie Vitti    on behalf of Service Addressee    Rushmore Loan loismvitti@vittilaw.com
            Lois Marie Vitti    on behalf of Defendant    Wilmington Savings Fund Society, FSB, dba Christiana Trust, as trustee for Pretium Mortgage Acquisition Trust loismvitti@vittilaw.com
            Louis P. Vitti    on behalf of Service Addressee    Rushmore Loan jennifer@vittilaw.com, tiffany@vittilaw.com
            Louis P. Vitti    on behalf of Defendant    Rushmore Loan Management Services, LLC jennifer@vittilaw.com, tiffany@vittilaw.com
            Louis P. Vitti    on behalf of Service Addressee    Wilmington Savings Fund Society FSB jennifer@vittilaw.com, tiffany@vittilaw.com
            Robert E Warring    on behalf of Defendant    Bank of America, NA rwarring@reedsmith.com, docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
            Robert E Warring    on behalf of Defendant    Phelan Hallinan Diamond & Jones, LLP rwarring@reedsmith.com, docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
            Robert E Warring    on behalf of Defendant    Countrywide Bank, FSB rwarring@reedsmith.com, docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
            Robert E Warring    on behalf of Defendant    Mortgage Electronic Registration Systems, Inc. rwarring@reedsmith.com, docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
                                                                                                   TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>TERESA VELARDI | Chapter | 7 |
| Debtor(s)<br>TERESA VELARDI | Case Number: | 5-15-bk-02449 RNO |
| Plaintiff(s)<br>v.<br>COUNTRYWIDE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST; PHELAN HALLINAN DIAMOND & JONES, LLP | Adversary Number: | 5-15-ap-00126 RNO |
| | Document No.: | 56 |
| Defendant(s) | Nature of Proceeding: | Motion to Waive Filing Fee |

## **ORDER**

After due consideration of the Debtor/Plaintiff's Motion to Waive Filing Fee for Notice of Appeal, filed to Docket No. 56, the Court having found that a filing fee for another notice of appeal was paid on March 17, 2016, in the amount of $298.00, it is

ORDERED that no filing fee is due regarding the Notice of Appeal filed to Docket No. 52, on June 10, 2016.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Date: June 24, 2016